IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL 08-00202 DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CORNEL K. MACLOVES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

      Findings and Recommendation having been filed and served on all parties on November 9, 2009, and no objections having been filed by any party,

      IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR ORDER TO CONFIRM SALE, APPROVE THE COMMISSIONER'S REPORT, DISTRIBUTE PROCEEDS, ISSUE A WRIT OF

POSSESSION, AND AUTHORIZE DISPOSAL OF PERSONAL PROPERTY,"

docket entry no. 64, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 1, 2009.



_____
David Alan Ezra
United States District Judge

United States of America vs. Macloves, et al., Civil No. 08-00202 DAE-KSC;
ORDER ADOPTING MAGISTRATE'S FINDINGS AND
RECOMMENDATIONS